UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -                 :      10 Cr.

NIR ZEER,                   :

     Defendant.

- - - - - - - - - - - - - - - - - - x

**10 CRIM 1296**

## COUNT ONE

### (Conspiracy To Commit Wire Fraud)

The United States Attorney charges:

1.  From in or about 2007 through in or about 2009, in the Southern District of New York and elsewhere, NIR ZEER, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

2.  It was a part and an object of the conspiracy that NIR ZEER, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings,

signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

<u>OVERT ACTS</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, NIR ZEER, the defendant, and others committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a.    In or about July 2007, ZEER helped procure a "show check" to present to a mortgage lender in connection with the purchase of a residential property in Brooklyn, New York.

b.    In or about January 2009, a co-conspirator not named herein accepted payment by check in connection with a real estate transaction from a company based in New York, New York.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

### (Bank Fraud)

The United States Attorney further charges:

4.    From in or about 2002 through in or about 2010, in the Southern District of New York and elsewhere, NIR ZEER, the defendant, unlawfully, willfully, and knowingly, did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Corporation, and to obtain moneys, funds,

credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, ZEER made and caused to be made false statements in mortgage applications submitted to numerous financial institutions.

(Title 18, United States Code, Section 1344.)

### FORFEITURE ALLEGATION

5.    As a result of committing the offenses alleged in Counts One and Two of this Information, NIR ZEER, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offenses charged in Count One and Count Two of this Information.

### Substitute Asset Provision

6.    If the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

3

(4) has been substantially diminished in value; or

(5) has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C.

§ 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendant up to the value of the above

forfeitable property.

(Title 18, United States Code, Sections 981(a)(1)(C),
982(a)(2)(A), 982(b), 1344, and 1349.)
(Title 21, United States Code, Section 853(p).)
(Title 28, United States Code, Section 2461.)


_Preet Bharara_____
PREET BHARARA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NIR ZEER,

Defendant.

## INFORMATION

10 Cr.

(18 U.S.C. §§ 1344 and 1349.)

PREET BHARARA
United States Attorney.